UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOAH SUMMERVILLE, individually and on behalf of all others similarly situated,

                Plaintiff,

– against –

GOTHAM COMEDY FOUNDATION, INC.,

                Defendant.

**ORDER**

No. 24-cv-01484 (ER)

Ramos, D.J.:

    At a pre-motion conference on June 14, the Court granted Defendant leave to file its motion to dismiss by June 21, 2024. June 14, 2024 Minute Entry. Plaintiff's opposition was filed on July 12, 2024 and Defendant's reply was due July 19, 2024. *Id.*

    Defendant has not filed its reply as of August 20, 2024. The Court directs Defendant to reply by August 23, 2024. If Defendant does not file its reply by August 23, 2024, the motion will be deemed fully briefed.

    It is SO ORDERED.

Dated:   August 20, 2024
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.