UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOAH SUMMERVILLE,<br><br>                             Plaintiff,<br><br>    –against–<br><br>GOTHAM COMEDY FOUNDATION, INC.,<br><br>                            Defendant, | **ORDER**<br><br>24 Civ. 1484 (ER) |

Ramos, D.J.:

       Oral argument on Defendant Gotham Comedy Foundation, Inc.'s motion to dismiss, doc. 15, will be held on December 5, 2024, at 10 a.m. in Courtroom 619 before the Hon. Edgardo Ramos, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

       It is SO ORDERED.

Dated:    November 20, 2024
                New York, New York

                                                                                                  Edgardo Ramos, U.S.D.J.