UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOAH SUMMERVILLE, *individually and on behalf of all others similarly situated*,

          Plaintiffs,

– against –

GOTHAM COMEDY FOUNDATION, INC.,

          Defendant.

**ORDER**

24-cv-01484 (ER)

Ramos, D.J.:

    The parties filed a stipulation of voluntary dismissal on May 29, 2025. Doc. 37. The next day, the Clerk's Office notified the parties that the stipulation of voluntary dismissal was deficient because it was not signed by all the parties who have appeared.

    The parties are directed to file an updated and complete stipulation of voluntary dismissal with scanned ink signatures.

    It is SO ORDERED.

Dated:   July 30, 2025
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.